**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **ALPHONSE NGILI** | **CASE NO. 1:26-CV-01268 SEC P** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **BRIAN ACUNA, ET AL.** | **MAGISTRATE JUDGE PEREZ-MONTES** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

IT IS ORDERED, ADJUDGED AND DECREED that the Petition for Writ of Habeas Corpus is GRANTED. Petitioner Alphonse Ngili ("Petitioner") shall be RELEASED from detention without bond as soon as practicable, not to exceed five (5) business days from the date of this Judgment, under reasonable conditions of supervision if necessary.

IT IS FURTHER ORDERED that Respondents notify Petitioner's counsel of the exact location and time of his release no less than two (2) hours before his release.

IT IS FURTHER ORDERED that Respondents file a Notice of Compliance within 24 hours of Petitioner' release.

THUS DONE in Chambers on this 5th day of August, 2026.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE